UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6644**

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

WARDEN WATERS; PRISON HEALTH SERVICES,
INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-96-3464-WMN)

Submitted:  November 20, 1997        Decided:  December 9, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Guy Lancaster Richmond, Appellant Pro Se.  Toni-Jean Lisa, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Joseph
Barry Chazen, Mindy S. Kursban, MEYERS, BILLINGSLEY, RODBELL &
ROSENBAUM, P.A., Riverdale, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Richmond v. Waters, No. CA-96-3464-WMN (D. Md. Apr. 18, 1997). Appellant's motion for oral argument is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED